UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRELL JOHNSON** | **CIVIL ACTION NO. 15-2773** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNION PACIFIC RAILROAD CO.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

In accordance with the Jury's verdict rendered on December 15, 2016:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Plaintiff, Terrell Johnson, and against the Defendant, Union Pacific Railroad Company, in the amount of $993,121.60, with legal interest thereon from the date of this Judgment until paid, and for all costs of the proceedings.

**IT IS FURTHER ORDERED** that, from the Judgment in the amount of $993,121.60, the Defendant, Union Pacific Railroad Company, shall reimburse the U.S. Railroad Retirement Board the sum of $16,917.99 in accordance with the federal statutory lien set forth in section 12(o) of the Railroad Unemployment Insurance Act, 45 U.S.C. § 362(o).

MONROE, LOUISIANA, this 21st day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE